ATTORNEY GRIEVANCE COMMISSION     *         IN THE
    OF MARYLAND                      COURT OF APPEALS

                                         *         OF MARYLAND
          Petitioner

                                           *         Misc. Docket AG No. 2
v.

                                           *         September Term, 2016

CYNTHIA GROOMES KATZ              *

          Respondent.                 *

## ORDER

This matter came before the Court on the Joint Petition for Reprimand by Consent filed by the Attorney Grievance Commission of Maryland and Respondent, Cynthia Groomes Katz. The Court, having considered the Petition and the record herein, it is this 28th day of July, 2016,

ORDERED, that Respondent, Cynthia Groomes Katz, be and she is hereby REPRIMANDED for violating Rule 1.4(b) of the Maryland Lawyers' Rules of Professional Conduct.

                                         /s/ Clayton Greene Jr.
                                         Senior Judge